UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
STEVEN PAPADATOS et al.,

                Plaintiffs,

**ORDER**

-against-

01 CV 5498 (RJD)(RML)

INTERBANK OF NEW YORK et al.,

                Defendants.
---------------------------------------------------------X
DEARIE, District Judge.

      By order dated November 21, 2003, the Court referred defendants' motion for sanctions to Magistrate Judge A. Simon Chrein for Report and Recommendation. By Report dated July 12, 2004, Judge Chrein recommended that sanctions be imposed in an amount to be determined upon defendants' submission of contemporaneous time records in support of an award of attorneys' fees and costs. Defendants submitted contemporaneous time records, and plaintiffs filed their objections. The case was reassigned to Magistrate Judge Robert M. Levy for Report and Recommendation, which was issued on June 30, 2005. No objections were filed. The Court adopts, in all respects without qualification, Magistrate Judge Levy's recommendation that defendants be awarded $10,000 in Rule 11 sanctions.

SO ORDERED.

Dated: Brooklyn, New York
       August 5, 2005

                                                  RAYMOND J. DEARIE
                                            United States District Judge